**FILED**

JUN - 8 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR HERRERA-SANCHEZ (1),<br><br>　　　　　　　　Defendant. | Case No. 16CR0352-H<br><br>Booking No. 26325-198<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

　　Based on the motion of the United States (Doc. No. 36), the Court grants the United States' motion to dismiss without prejudice the Indictment in the above entitled case against Defendant Victor Herrera-Sanchez. Accordingly, the Indictment charging Defendant Victor Herrera-Sanchez with Attempted Reentry of Removed Alien in violation of Title 8 U.S.C., Sections 1326 (a) and (b), and with Improper Entry by an Alien in violation of Title 8 U.S.C., Section 1325 is hereby DISMISSED without prejudice. The defendant is hereby discharged as to this case only.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: 6/8/16　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE